Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
John M. Langeveld, Esq.
Nevada Bar No. 11628
jlangeveld@gerrard-cox.com
**GERRARD COX LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, Nevada 89074
(702) 796-4000 (telephone)
(702) 796-4848 (facsimile)
*Attorneys for* LIVELIFE, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIVELIFE, LLC<br><br>Appellant<br><br>BAY POINT CAPITAL PARTNERS, LP, and SHELLEY D. KROHN, Chapter 7 Trustee for the Estate of Arron Augustin Afflalo<br><br>Respondents. | **USDC Case No. 2:21-cv-02106-JAD**<br>(Appeal Reference No. 21-30)<br><br>Case No. BK-S-19-12086-ABL<br>Chapter 7<br><br>Adv. Proceeding No. 19-01084-ABL-ABL |

### JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE DEADLINES (FIRST REQUEST)

COME NOW, pursuant to LR 7-1, Appellant LIVELIFE, LLC ("LiveLife"), by and through its counsel of record, Gerrard Cox Larsen, and Respondents BAY POINT CAPITAL PARTNERS, LP ("Bay Point"), by and through its counsel of record, Thompson Hine, LLP, and SHELLEY D. KROHN, Chapter 7 Trustee for the Estate of Arron Augustin Afflalo (the "Trustee"), by and through her counsel of record, Houmand Law Firm, Ltd., (collectively the "Parties"), hereby STIPULATE and AGREE as follows:

WHEREAS, this matter is LiveLife's appeal of the Bankruptcy Court's Findings of Fact and Conclusions of Law (which totals 295 pages) and related four (4) separate Judgments, identified as follows:

    (a)   **ECF NO. 361:** *Order Denying Motion for Partial Summary Judgment Filed by Livelife, LLC [ECF No. 173]*

    (b)   **ECF NO. 362:** *Order Granting Motion for Summary Judgment Filed by Counterclaimant, Third-party Defendant, and Chapter 7 Trustee Shelley D. Krohn [ECF No. 194]*

    (c)   **ECF NO. 363:** *Order Granting Motion for Summary Judgment Filed by Bay Point Capital Partners, LP [ECF No. 278]*

    (d)   **ECF NO. 364:** *Order Granting in Part and Denying in Part Amended Motion for Summary Judgment Filed by Livelife, LLC [ECF No. 281]*

(collectively the "Judgments"); and

WHEREAS pursuant to this Court's December 28, 2021, Minute Order, the briefing schedule for this appeal has been set as follows:

    (i)   Opening brief - due on January 11, 2022

    (ii)   Answering brief(s) - due on January 25, 2022

    (iii)   Reply brief - due on February 8, 2022

WHEREAS, counsel for LiveLife currently has three (3) trials set for early January, 2022, which has created a scheduling conflict and time challenge with regard to LiveLife meeting the Court's current briefing deadline; and

WHEREAS, the Parties agree that in light of the foregoing, additional time is now needed to accommodate LiveLife's conflicting concurrent, ongoing trials, schedules, and deadlines in other litigations, and so that the Parties can fully and adequately brief this matter; and

WHEREAS, the Parties agree that out of equity and fairness, any extension of the briefing schedule for LiveLife, should also be extended to Respondents Bay Point and the Trustee; and

WHEREAS, this the first request by the undersigned to seek any extension of the briefing deadlines;

**NOW THEREFORE:**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the named parties hereto, to modify the briefing schedule to as follows:

(i) LiveLife's opening brief shall be due by **January 31, 2022**;

(ii) Bay Point's and the Trustee's answering brief(s) shall be due by **March 2, 2022** (30 days after LiveLife's opening brief);

(iii) LiveLife's reply brief shall be due by **March 17, 2022** (15 days after Bay Point's and the Trustee's answering brief(s));

**IT IS SO STIPULATED.**

Dated this 30th day of December, 2021

**THOMPSON HINE LLP**

 */s/ John C. Allerding, Esq.*
John C. Allerding, Esq.
Ohio Bar No. 0087025 (admitted *pro hac vice*)
3900 Key Center, 127 Public Square
Cleveland, Ohio 44114-1291
Attorneys for Respondent
BAY POINT CAPITAL PARTNERS, LP
Dated this 30th day of December, 2021

**HOUMAND LAW FIRM, LTD.**

 */s/ Jacob L. Houmnad, Esq.*
Jacob L. Houmand, Esq.
Nevada Bar No. 12781
Bradley G. Sims, Esq.
Nevada Bar No. 11713
9205 W. Russell Road, Building 3, Suite 240
Las Vegas, Nevada 89148
Attorneys for Respondent
SHELLEY D. KROHN, CHAPTER 7 TRUSTEE

Dated this 30th day of December, 2021

**GERRARD COX LARSEN**

*/s/ Douglas D. Gerrard, Esq.*
Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
John M. Langeveld, Esq.
Nevada Bar No. 11628
2450 St. Rose Pkwy., Suite 200
Henderson, NV 89074
Attorneys for Appellant
LIVELIFE, LLC

**IT IS SO ORDERED:**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 3, 2022

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

3